UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-1872 JGB (SHKx)** | Date | January 31, 2024 |
|---|---|---|---|
| Title | *Hoang Minh Le v. Plaza Continental Group, LLC* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order to Show Cause Regarding Default Judgment (IN CHAMBERS)**

On September 13, 2023, plaintiff Hoang Minh Le ("Plaintiff") filed the complaint against defendant Plaza Continental Group LLC ("Defendant"). (Dkt. No. 1.) On October 5, 2023, Plaintiff filed proof of service—an answer was due by October 25, 2023. (Dkt. No. 14.) On November 28, 2023, the clerk entered default as to Defendant. (Dkt. No. 12.) As of this writing, Plaintiff has not filed a motion for default judgment as to Defendant.

Accordingly, the Court **ORDERS** Plaintiff to file a motion for default judgment as to Defendant no later than **February 12, 2024** or show cause why this matter should not be dismissed. Failure to timely comply with this order may result in dismissal of this action.

**IT IS SO ORDERED.**