JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HOANG MINH LE,<br><br>  Plaintiff,<br><br>v.<br><br>PLAZA CONTINENTAL GROUP LLC,<br><br>  Defendant. | Case No. 5:23-cv-01872 JGB (SHKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiff against Defendant Plaza Continental Group LLC on Plaintiff's Americans with Disabilities Act (ADA) claim and Unruh Act claim;

3. Plaintiff is **AWARDED** $11,742, consisting of $8,000 in statutory damages, $3,280 in attorney's fees, and $462 in costs;

4. Defendant is **ENJOINED** to ensure that accessibility barriers at the Property located at 3700 Inland Empire Blvd., Ontario, CA 91764-4906 are removed and/or corrected; and

| | |
|---|---|
| 1 | 5. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to |
| 2 | Defendant Plaza Continental Group LLC. Plaintiff shall file a proof of |
| 3 | service with the Court within ten days of the date of this Order. |

**IT IS SO ORDERED.**

Dated: March 6, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge